JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):**
First Listed Plaintiff:
SHORT CREEK DEVELOPMENT, LLC; AND SHORT CREEK ADVISORS, LLC, EACH A DAUGHTER SERIES OF SHORT CREEK CAPITAL, LLC, A MISSOURI SERIES LIMITED LIABILITY COMPANY ;
**County of Residence:** Outside This District

**Defendant(s):**
First Listed Defendant:
MFA INCORPORATED, A MISSOURI NON-STOCK COOP ;
**County of Residence:** Boone County

**County Where Claim For Relief Arose:** Jasper County

**Plaintiff's Attorney(s):**

Colin N. Gotham ( SHORT CREEK DEVELOPMENT, LLC; AND SHORT CREEK ADVISORS, LLC, EACH A DAUGHTER SERIES OF SHORT CREEK CAPITAL, LLC, A MISSOURI SERIES LIMITED LIABILITY COMPANY)
Evans & Mullinix, P.A.
7225 Reener Road, Suite 200
Shawnee, Kansas 66217
**Phone:** (913) 962-8700
**Fax:** (913) 962-8701
**Email:** cgotham@emlawkc.com

Aaron L. Bowers ( SHORT CREEK DEVELOPMENT, LLC; AND SHORT CREEK ADVISORS, LLC, EACH A DAUGHTER SERIES OF SHORT CREEK CAPITAL, LLC, A MISSOURI SERIES LIMITED LIABILITY COMPANY)
Certus Advisory Partners
7400 West 132nd Street, Suite 200
Overland Park, Kansas 66213-1153
**Phone:** (913) 433-7071
**Fax:** (913) 433-7171
**Email:** abowers@shortcreekcapital.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 893 Environmental Matters

**Cause of Action:** 1) ABATEMENT OF IMMINENT AND SUBSTANTIAL ENDANGERMENT PURSUANT TO RCRA – 2 U.S.C. §6972(a)(1)(B) 2) COST RECOVERY PURSUANT TO CERCLA – 42 U.S.C. §9607(a) 3) DECLARATORY JUDGMENT – 42 U.S.C. §9613(g)(2)

**Requested in Complaint**
    **Class Action:** Not filed as a Class Action
    **Monetary Demand (in Thousands):** $7,800,000.00
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** /s/ Colin N. Gotham

**Date:** 3/28/2022

Case 3:22-cv-05021-WBG   Document 1-1   Filed 03/28/22   Page 1 of 2

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.

Case 3:22-cv-05021-WBG   Document 1-1   Filed 03/28/22   Page 2 of 2