# EXHIBIT – C

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Thursday, December 23, 2021 at 12 39 07 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item created 12/20/2021 21 35 41 has been delivered
USPS Certified Mail Number: **9407111898765845128006**

**Addressed To:**
**MFA Incorporated**
**Stefan Knudsen**
**201 Ray Young Drive**
**Columbia, MO 65201**

Your Reference
This item was **Your item was delivered to the front desk, reception area, or mail room at 9:19 am on December 22, 2021 in COLUMBIA, MO 65201.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report
If you cannot open this link, then please copy and paste the entire URL into your browser's address bar and press Enter
https://cml-edc.s3.amazonaws.com/9407111898765845128006-20211223.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red navigation bar click Reports, then Summary Tracking Report. This delivery confirmation information will be stored in your secure online account for 10 years
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or change the email stored in your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, click **Management, Mailing Profiles** Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmaillabels.com or 800-406-1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!

rt.T J A ai® i a .rauem. k of .he L ii.d ates f stal erv c. U 'S www.CertifiedMailLabels.com opyr i  05 2 1 All ights eserved

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Thursday, December 23, 2021 at 12 39 07 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item created 12/20/2021 21 41 02 has been delivered
USPS Certified Mail Number **9407111898765845127818**

**Addressed To:
MFA Incorporated
CSC-Lawyers Incorporating Service Company
221 Bolivar Street
Jefferson City, MO 65101**

Your Reference
This item was **Your item was delivered to an individual at the address at 10:04 am on December 22, 2021 in JEFFERSON CITY, MO 65109.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's address bar and press Enter
https://cml-edc.s3.amazonaws.com/9407111898765845127818-20211223.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red navigation bar click Reports, then Summary Tracking Report  This delivery confirmation information will be stored in your secure online account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or change the email stored in your Mail Profile  Do this by logging into certifiedmaillabels.com. On the red navigation bar, click **Management, Mailing Profiles.** Then edit or remove the email address and click next to save and exit

If you require additional assistance, please contact our Help Desk at support@certifiedmaillabels.com or 800-406-1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!

ert  d   al ©   a rade   k of he   ted   es  ostal Serv.ce U  ̃s  www.CertifiedMailLabels.com   op yr  n    J  20    /Jl  gl    eserve

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Tuesday, December 28, 2021 at 1:02:58 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item cre has been delivered.
USPS Certified Mail Number: **9407111898765845127528**

**Addressed To:**
**Attorney General of the United States**
**The Honorable Merrick B. Garland**
**950 Pennsylvania Avenue N.W.**
**Washington, DC 20530-0001**

Your Reference
This item was **Your item was delivered at 4:40 am on December 27, 2021 in WASHINGT**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's Enter
https://cml-edc.s3.amazonaws.com/9407111898765845127528-20211228.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red Reports, then Summary Tracking Report. This delivery confirmation information will be stor account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or ch your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, **Mailing Profiles**. Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmaill 1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!

Page 1 of 2

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Tuesday, December 28, 2021 at 1:02:46 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item cre has been delivered.
USPS Certified Mail Number **9407111898765845127931**

**Addressed To:**
**U.S. Environmental Protection Agency**
**Michael S. Regan, Administrator**
**1200 Pennsylvania Avenue N.W.**
**Mail Code 1101A**
**Washington, DC 20460**

Your Reference:
This item was **Your item was delivered to the front desk, reception area, or mail room 27, 2021 in WASHINGTON, DC 20460.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's Enter
https://cml-edc.s3.amazonaws.com/9407111898765845127931-20211228.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red Reports, then Summary Tracking Report. This delivery confirmation information will be store account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or cl your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, **Mailing Profiles.** Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmail 1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Saturday, December 25, 2021 at 12:31:08 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item cre has been delivered.
USPS Certified Mail Number: **9407111898765845127184**

**Addressed To:**
**U.S. Environmental Protection Agency, Region 7**
**Meg McCollister, Regional Administrator**
**11201 Renner Boulevard**
**Lenexa, KS 66219**

Your Reference:
This item was **Your item was delivered to the front desk, reception area, or mail room . 24, 2021 in LENEXA, KS 66219.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's Enter
https://cml-edc.s3.amazonaws.com/9407111898765845127184-20211225.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red Reports, then Summary Tracking Report. This delivery confirmation information will be store account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or ct your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, **Mailing Profiles**. Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmaill 1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!

**Subject:** Certified Mail Electronic Delivery Confirmation
**Date:** Thursday, December 23, 2021 at 12:39:13 AM Central Standard Time
**From:** CERTIFIED MAIL LABELS
**To:** Aaron Bowers

This is an Electronic Delivery Confirmation to inform you that a USPS Certified Mail item cre has been delivered.
USPS Certified Mail Number. **9407111898765845126279**

**Addressed To:**
**Missouri Department of Natural Resources**
**Dru Buntin, Director**
**1101 Riverside Drive**
**Jefferson City, MO 65102-0176**

Your Reference:
This item was **Your item has been delivered and is available at a PO Box at 7:23 am on JEFFERSON CITY, MO 65102.**

Click here to print Certified Mail Labels Electronic Delivery Confirmation℠ Report.
If you cannot open this link, then please copy and paste the entire URL into your browser's Enter
https://cml-edc.s3.amazonaws.com/9407111898765845126279-20211223.pdf

You may view detailed delivery information by logging into Certified Mail Labels. On the red Reports, then Summary Tracking Report. This delivery confirmation information will be store account for 10 years.
If you do not wish to receive Electronic Delivery Confirmation emails, you may remove or cl your Mail Profile. Do this by logging into certifiedmaillabels.com. On the red navigation bar, **Mailing Profiles**. Then edit or remove the email address and click next to save and exit.

If you require additional assistance, please contact our Help Desk at support@certifiedmaill 1792.

Thank you for using Certified Mail Labels.
Certified Mail Labels – Skip the trip to the Post Office!