IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| SHORT CREEK DEVELOPMENT, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 22-05021-CV-SW-WBG |
| MFA INCORPORATED, | ) ) ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL CASE

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury.

_X_ Decision by Court. This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered by the Honorable W. Brian Gaddy on September 27, 2024, judgment is entered in Defendant's favor.

Date: September 27, 2024

PAIGE WYMORE-WYNN
Clerk of Court

*/s/ Melissa Nolte*
By: Melissa Nolte, Courtroom Deputy Clerk